```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                           WESTERN DIVISION

AIWASS PASEB                                                 PLAINTIFF

VS.                              CIVIL ACTION NO.  5:10-cv-165-DCB-RHW

SECRETARY OF THE INTERIOR, ET AL.                           DEFENDANTS
```

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the ___22nd___ day of June, 2011.

                                                    ___s/ David Bramlette___
                                                UNITED STATES DISTRICT JUDGE